Action by Mary Higgins, as successor, etc., of John Higgins, deceased, against Sarah C. Powell and others. No opinion. Judgment affirmed, with costs.

HILLSBURGH, Respondent, v. PURROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Charlotte F. Hillsburgh against Catharine L. Purroy. No opinion. Order affirmed, with $10 costs and disbursements.

HIRSCH v. NEW ENGLAND NAV. CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Robert B. Hirsch against the New England Navigation Company. No opinion. Motion denied, with $10 costs. Order filed.

HODGINS, Respondent, v. BINGHAM, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) In the matter of the application, etc., of William H. Hodgins against Theodore A. Bingham, etc. No opinion. Motion for resettlement of order granted, without costs. See, also, 128 App. Div. 151, 112 N. Y. Supp. 543.

HOFFMAN, Respondent, v. GABLER, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Frederick Hoffman against John C. Gabler. E. P. Mowton, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HOLLIS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Edward J. Hollis against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order of reversal granted, without costs. See, also, 113 N. Y. Supp. 4.

HOLMES, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Robert Holmes, Jr., against Paul Cohen, as treasurer, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOTALING v. FRITH et al. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Ellen Jarvis Hotaling against Emma A. Frith and others. No opinion. Order affirmed, with $10 costs and disbursements.

HUGHES, Respondent, v. ELECTRIC LIGHT & POWER CO. OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Anna Hughes, as administratrix, etc., against the Electric Light & Power Company of Syracuse.
PER CURIAM. · Judgment and order affirmed, with costs.
KRUSE and ROBSON, JJ., dissent.

HULL, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Willard A. Hull against United Traction Company.
PER CURIAM. Judgment and order affirmed, with costs.
KELLOGG, J., dissents.

HUNGERFORD v. VILLAGE OF WAVERLY et al. (Supreme Court, Appellate Division, Third Department. January 12, 1909.) Action by Martha A. Hungerford against the Village of Waverly and others. No opinion. Motion denied, without costs.

HUNT, Respondent, v. HANLEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph E. Hunt against James M. Hanley. No opinion. Judgment affirmed, with costs.

HUREWITZ, Respondent, v. SMULOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Harris Hurewitz against Harris Smulowitz. No opinion. Judgment and order affirmed, with costs.

ISAACS v. TERRY & TENCH CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Herman Isaacs against the Terry & Tench Company. No opinion. Application granted. Order signed. See, also, 113 N. Y. Supp. 731.

JABURG v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by John Jaburg against the Haserot Canneries Company. No opinion. Motion denied, with $10 costs. Settle order on notice.

JABURG et al. v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by John Jaburg and another against the Haserot Canneries Company. No opinion. Motion granted, with $10 costs. Order filed.

JACKSON v. BYRNE. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Lily I. Jackson against Elizabeth M. Byrne. No opinion. Motion denied, with $10 costs. Order filed.

JACKSON, Respondent, v. JENKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.)